■ LAWRENCE C. ROOT, Appellant, v MARK DIRADDO, Respondent. (Appeal No. 2.) [755 NYS2d 357] —Appeal from an order of Supreme Court, Monroe County (Siracuse, J.), entered September 21, 2001, which denied plaintiff's motion for judgment notwithstanding a verdict or a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also CPLR 5501 [a] [1], [2]). Present—Wisner, J.P., Scudder, Burns and Hayes, JJ.